I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL *Petitioner*
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/10/10

DEPUTY CLERK

JS-6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR GUZMAN YAU,

     Petitioner,

vs.

LARRY SMALL, Warden,

     Respondent.

Case No.  CV 09-2187-GW (RNB)

**J U D G M E N T**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 5, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY